IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, ] ] ]  Plaintiff, ] ] v. ] ] ROGER ROPER, ] R&R PROPERTIES, ] DOUBLE R REALTY, and ] JOHN BROWN, ] ] Defendants. ] | CV-09-BE-0788-S |

**MEMORANDUM OPINION**

This matter comes before the court on Plaintiff's "Objection to Report and Recommendations" (doc. 8), Magistrate Judge Ott's "Report and Recommendation" (doc. 6) in which he recommends granting "Defendant Brown's Motion to Dismiss" (doc. 3). The court has reviewed all of the submissions by the parties, Magistrate Judge Ott's Report and Recommendation, and the applicable law. In doing so, the court finds that the Report and Recommendation is due to be ADOPTED and the Motion to Dismiss should be GRANTED for the reasons stated below.

As Judge Ott properly notes, whether to accept a declaratory judgment action rests within the discretion of the court. *See Ameritas Variable Life Ins. Co. v. Roach*, 411 F.3d 1328, 1330 (11th Cir. 2005). In its objections, Nationwide has not demonstrated an abuse of that discretion. Nationwide, instead, argues that no *coverage* issues are pending in the state court, only issues of Brown's personal injury claims. However, a key legal and factual issue has already been

litigated, briefed, argued and decided by the Honorable Houston Brown: that Defendant Brown was an independent contractor and not an employee of the Roper defendants, Nationwide's insured.

This court agrees with Judge Ott that to exercise its discretion to accept this declaratory judgment action would interfere "with the orderly and comprehensive disposition of the state court litigation," which should be avoided. *Brillhart v. Excess Ins. Co. of Am.*, 316 U.S. 491, 495 (1942).

Therefore, by separate order, the court will adopt Judge Ott's Report and Recommendation and GRANT the motion to dismiss.

DONE and ORDERED this 6th day of October 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE